UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-23607 |
|---|---|---|
| Colleen M Doherty | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER ON MOTION TO USE SELL OR LEASE PROPERTY 363(b) & SHORTEN NOTICE**

THIS CAUSE COMING TO BE HEARD on the motion of the Debtor to USE SELL OR LEASE PROPERTY 363(b) and SHORTEN NOTICE; the Court being duly advised in the premises and due notice having been given;

IT IS HEREBY ORDERED THAT:

1. The Debtor's Motion to USE SELL OR LEASE PROPERTY 363(b) & SHORTEN NOTICE, for the real property located at 352 Springlake Lane, Unit A Aurora, IL 60504 is granted as set forth herein.

2. The mortgage lien held by Quicken Loans Inc. shall be paid in full at closing pursuant to a proper payoff letter or, in the event of a short-sale, payoff will be subject to Quicken Loans Inc. short-sale approval.

3. The Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

4. The Debtor shall be paid the first $15,000 as her homestead exemption.

5. The Debtor will be paying her Bankruptcy case off in full pursuant to the Trustee's provided pay off amount.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 26, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600